FILED
United States Court of Appeals
Tenth Circuit

May 2, 2013

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

PHILIP R. LOCHMILLER, a/k/a Philip R. Lochmiller, Sr.,

    Defendant - Appellant.

No. 12-1097

_____

**ORDER**
_____

Before **BRISCOE**, Chief Judge, **HOLLOWAY**, and **TYMKOVICH**, Circuit Judges.
_____

    This matter is before the court on attorney Paula M. Ray's motion to withdraw as counsel for the appellant. The motion is granted. Paula M. Ray shall be removed as counsel of record.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk